1  GEORDIE DUCKLER
   (OR Bar No. 873780)
2  ANIMAL LAW PRACTICE
   831 SW Hume Street
3  Portland, OR 97219
4  (503) 546-8052
   geordied@animallawpractice.com
5
   JESSICA L. BLOME
6  (Cal. Bar No. 314898, admitted pro hac vice)
7  JENNIFER RAE LOVKO
   (Cal. Bar No. 208855, admitted pro hac vice)
8  GREENFIRE LAW, PC
   2748 Adeline Street, Suite A
9  Berkeley, CA 94703
   (510) 900-9502
10 jblome@greenfirelaw.com
11 rlovko@greenfirelaw.com

12 *Attorneys for Plaintiffs*

13                    **UNITED STATES DISTRICT COURT**
14                           **DISTRICT OF OREGON**

15 | OREGON WILD HORSE ORGANIZATION, | Case No. 2:24-CV-01673-HL |
   | a nonprofit organization, CENTRAL OREGON WILD HORSE COALITION, a non-profit organization, and WESTERN WATERSHEDS PROJECT, a non-profit organization, | |
   | Plaintiffs, | **REQUEST FOR REFUND OF FEES PAID ELECTRONICALLY** |
   | v. | |
   | UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and BARRY BUSHUE, Oregon State Director of the Bureau of Land Management, | |
   | Defendants. | |

1

The following filing fee refund request is made pursuant to the procedures set forth in Standing Order 2011-9 for refunding erroneous or duplicate electronic filing fee payments. The reason for and amount of the refund request are as follows: on October 2, 2024, a Motion to Appear Pro Hac Vice was filed in the above matter on behalf of attorney Jennifer Rae Lovko. That motion was rejected on October 3, 2024, and so Ms. Lovko subsequently filed an amended version with the Court, along with a second payment for filing fees. On October 3, 2024, the Court issued a notice of duplicate payment, with instructions on requesting a refund (DKT 12).

Please make this refund payable to "Greenfire Law, PC IOLTA" and have payment mailed to: Greenfire Law, PC, 2748 Adeline Street, Suite A, Berkeley, California 94703.

A copy of DKT 12, Notice of Electronic Filing (NEF) dated October 3, 2024 and confirming duplicate payment, is attached.

Dated: October 10, 2024                                      Respectfully Submitted,

*/s/ Jessica L. Blome*
Jessica L. Blome (Cal. Bar No. 314898)
GREENFIRE LAW, PC
*Attorneys for Plaintiffs*

**From:** info@ord.uscourts.gov
**Subject:** Activity in Case 2:24-cv-01673-HL Oregon Wild Horse Organization et al v. Bureau of Land Management et al Refund Request Due
**Date:** October 3, 2024 at 9:12 AM
**To:** nobody@ord.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Oregon

### Notice of Electronic Filing

The following transaction was entered on 10/3/2024 at 9:11 AM PDT and filed on 10/3/2024

| | |
|---|---|
| **Case Name:** | Oregon Wild Horse Organization et al v. Bureau of Land Management et al |
| **Case Number:** | [2:24-cv-01673-HL](#) |
| **Filer:** | Oregon Wild Horse Organization |
| **Document Number:** | 12(No document attached) |

**Docket Text:**
A duplicate payment in the amount of $300.00 was submitted by Oregon Wild Horse Organization in the above-referenced case. For information on refund procedures, visit [Requesting a Refund of Electronically Paid Fees](#) on the Court's website. Refund Request is Due 10/15/2024. (nd)

**2:24-cv-01673-HL Notice has been electronically mailed to:**

Geordie L. Duckler      geordied@animallawpractice.com

Jessica L. Blome      jblome@greenfirelaw.com, cstella@aldf.org, paralegal@aldf.org

**2:24-cv-01673-HL Notice will <u>not</u> be electronically mailed to:**



**Greenfire Law, PC Administrative <administrative@greenfirelaw.com>**

---

**Pay.gov Payment Confirmation: OREGON DISTRICT COURT**

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Wed, Oct 2, 2024 at 2:20 PM
Reply-To: finance@ord.uscourts.gov
To: administrative@greenfirelaw.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

   Account Number: 4877355
   Court: OREGON DISTRICT COURT
   Amount: $300.00
   Tracking Id: AORDC-9598535
   Approval Code: 00012G
   Card Number: ************5235
   Date/Time: 10/02/2024 05:20:00 ET


NOTE: This is an automated message. Please do not reply