AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| OREGON WILD HORSE ORGANIZATION, an Oregon non-profit organization; CENTRAL OREGON WILD HORSE COALITION, an Oregon non-profit organization; and WESTERN WATERSHEDS PROJECT, an Idaho non-profit organization<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF LAND MANAGEMENT; and BARRY BUSHUE, Oregon State Director of the Bureau of Land Management, in his official capacity<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. 2:24-cv-01673-HL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Bureau of Land Management
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Geordie Duckler (OSB 873780)
ANIMAL LAW PRACTICE
831 SW Hume Street,
Portland, OR 97219
Phone: (503) 546-8052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MELISSA AUBIN, Clerk of Court**

Date: **10/02/2024**                    By: **/s/ E. Potter, Deputy Clerk**

Civil Action No. 2:24-cv-01673-HL

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Bureau of Land Management
was received by me on *(date)* October 2, 2024.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On October 8, 2024, I caused copies of the Summons, Complaint, Civil Cover Sheet, Notice of Assignment and Civil Case Assignment Order to be served on the U.S. Attorney for the District of Oregon via certified mail, which was delivered on October 15, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: October 25, 2024

*Server's signature*

Jessica San Luis, Paralegal
*Printed name and title*

GREENFIRE LAW, PC
2748 Adeline Street, Suite A, Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

:-01673-HL    Document 22    Filed 10/28/24

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Portland, OR 97205

**OFFICIAL USE**

Certified Mail Fee  $4.85
$                   $4.10

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)         $ $0.00
- ☐ Return Receipt (electronic)       $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required          $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage  $2.59

$
Total Postage and Fees
$11.54

Sent To: U.S. Attorney, District of Oregon
Street and Apt. No., or PO Box No.: 1000 SW 3rd Ave, Suite 6000
City, State, ZIP+4®: Portland, OR 97204

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700602661422

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 2:00 pm on October 14, 2024 in PORTLAND, OR 97204.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

PORTLAND, OR 97204
October 14, 2024, 2:00 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                     ⌄

Product Information                                     ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

Feedback

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney District of Oregon
   1000 SW 3rd Ave, Suite 600
   Portland, OR 97204



9590 9402 8828 4005 1391 94

2. Article Number (Transfer from service label)

   9589 0710 5270 0602 6614 22

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X  D Royce

☑ Agent
☐ Addressee

B. Received by (Printed Name): D Royce

C. Date of Delivery: 10/15

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...ail
   ☐ ...ail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt