ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

MEREDITH L. FLAX, Acting Section Chief
JACOB JOSE, Trial Attorney
(CO Bar No. 59582)
KYLE LYONS-BURKE, Trial Attorney
(DC Bar No. 1655452)
jacob.jose@usdoj.gov
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 341-1749 (Jose)
Fax: (202) 305-0275

*Attorneys for Federal Defendants*

JENNIFER RAE LOVKO
(Cal. Bar No. 208855*)
JESSICA L. BLOME
(Cal. Bar No. 314898*)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

GEORDIE DUCKLER
(OR Bar No. 873780)
ANIMAL LAW PRACTICE
831 SW Hume Street
Portland, OR 97219
(503) 546-8052
geordied@animallawpractice.com

*Attorneys for Plaintiffs*
*\*admitted pro hac vice*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PENDLETON DIVISION

| | |
|---|---|
| OREGON WILD HORSE ORGANIZATION, et al**.**,<br><br>Plaintiffs*,*<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Case No. 2:24-cv-01673-HL<br><br>**JOINT STIPULATION AND NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

JOINT STIPULATION AND NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR
A PRELIMINARY INJUNCTION

1

Plaintiffs OREGON WILD HORSE ORGANIZATION, CENTRAL OREGON WILD HORSE COALATION, and WESTERN WATERSHEDS PROJECT filed Plaintiffs' Notice of Motion and Motion for a Preliminary Injunction on June 20, 2025, with accompanying declarations and Request for Judicial Notice. ECF 48-54. A hearing on Plaintiffs' Motion for a Preliminary Injunction is set for July 11, 2025. ECF 47.

WHEREAS the parties have since met and conferred regarding Plaintiffs' Motion for a Preliminary Injunction;

WHEREAS Defendants UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and BARRY BUSHUE, Oregon State Director of the Bureau of Land Management (hereafter "Federal Defendants") will not conduct the gather operations in the Kiger Herd Management Area currently scheduled to begin on July 21, 2025, and Federal Defendants will not conduct the gather operations in the Riddle Mountain Herd Management Area currently scheduled to begin on August 7, 2025, as laid out in the Declaration of Donald Rotell, *see* Attachment A, Declaration of Donald Rotell;

WHEREAS Federal Defendants will not conduct additional population management gather operations in the Riddle Mountain Herd Management Area or in the in the Kiger Mountain Herd Management Area pursuant to the Kiger and Riddle Mountain Herd Management Areas Wild Horse Population Management Plan at issue in this case until the Court either issues a ruling on the merits in the above-captioned case or until July 2026, whichever comes first, *see id.*;

NOW, THEREFORE, the Parties agree that the Court need not address Plaintiffs' Motion for a Preliminary Injunction.

By this notice, Plaintiffs do not waive their right to file another motion for preliminary injunction in the future should BLM's actions warrant.

JOINT STIPULATION AND NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

2

Plaintiffs therefore withdraw Plaintiffs' Motion for a Preliminary Injunction and request this Court remove from calendar the hearing currently set for July 11, 2025, without prejudice.

Dated: June 30, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

MEREDITH L. FLAX, Acting Section Chief

*/s/ Jacob Jose*
JACOB JOSE
Trial Attorney (CO Bar No. 59582)
CHRISTIAN H. CARRARA
Trial Attorney (NJ Bar No. 317732020)
Wildlife & Marine Resources Section
KYLE LYONS-BURKE
Trial Attorney (DC Bar No. 1655452)
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
christian.carrara@usdoj.gov
jacob.jose@usdoj.gov
kyle.lyons-burke@usdoj.gov
Tel: (202) 598-9736 (Carrara)
Tel: (202) 341-1749 (Jose)
Tel: (202) 305-0447 (Lyons-Burke)
Fax: (202) 305-0275

*Attorneys for Federal Defendants*

*/s/ Jennifer Rae Lovko*
JENNIFER RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502

JOINT STIPULATION AND NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

3

jblome@greenfirelaw.com
rlovko@greenfirelaw.com

GEORDIE DUCKLER
(OR Bar No. 873780)
ANIMAL LAW PRACTICE
831 SW Hume Street
Portland, OR 97219
(503) 546-8052
geordied@animallawpractice.com

*Attorneys for Plaintiffs*

JOINT STIPULATION AND NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR
A PRELIMINARY INJUNCTION